1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN                              JS-6
   Assistant United States Attorney
3  Chief, Civil Division
   KEITH M. STAUB
4  Assistant United States Attorney
   California Bar Number:  137909
5       Room 7516 Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7423
7       Facsimile: (213) 894-7819
        email: keith.staub@usdoj.gov
8
   Attorney for Defendant United States of America
9

10                UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13
   REGLA NEGRIN,                ) No. CV 11-10458 RGK (JCx)
14                              )
             Plaintiff,         )
15                              )
             v.                 )
16                              ) Hon. R. Gary Klausner
   UNITED STATES OF AMERICA     )
17                              )
             Defendant.         )
18 ─────────────────────────────)

19
         (~~PROPOSED~~) ORDER ACCEPTING STIPULATION FOR COMPROMISE
20
                    SETTLEMENT AND DISMISSAL
21

The Court having read and accepted the parties Stipulation for Compromise Settlement and Dismissal, ORDERS AS FOLLOWS:

1. Plaintiff's complaint is dismissed with prejudice;

2. This Court will retain jurisdiction over this case for 120 days to insure compliance with the terms of the Stipulation for Compromise Settlement.

DATED: November 2, 2012

_____
Hon. R. Gary Klausner
District Court Judge