ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number:  137909
        Room 7516 Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-7423
        Facsimile: (213) 894-7819
        email: keith.staub@usdoj.gov

Attorney for Defendant United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGLA NEGRIN,<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA<br><br>                Defendant. | ) No. CV 11-10458 RGK (JCx)<br>)<br>)<br>)<br>)<br>)<br>) Hon. R. Gary Klausner<br>)<br>)<br>) |

**(PROPOSED) ORDER ACCEPTING STIPULATION FOR COMPROMISE**

**SETTLEMENT AND DISMISSAL**

The Court having read and accepted the parties Stipulation for Compromise Settlement and Dismissal, ORDERS AS FOLLOWS:

1. Plaintiff's complaint is dismissed with prejudice;

2. This Court will retain jurisdiction over this case for 120 days to insure compliance with the terms of the Stipulation for Compromise Settlement.

DATED: November 2, 2012

_____

Hon. R. Gary Klausner

District Court Judge

2